# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

MILTON EVANS,                )
                             )
    Plaintiff,            )
                             )
v.                           )
                             )  Case No. CV 411-091
COLLECTION CONCEPTS,         )
INC.,                        )
                             )
    Defendant.            )

## REPORT AND RECOMMENDATION

Proceeding *pro se*, Milton Evans brought this Fair Credit Reporting Act, 15 U.S.C.A. §§ 1681-1681x, case against Collection Concepts, Inc. (CCI). Doc. 1. This Court's last Order directed him to "file an amended, legally actionable complaint within 21 days of the date this Order is served. Should he fail to do so, dismissal will be warranted." Doc. 3.

Plaintiff has failed to comply. Accordingly, his case should be **DISMISSED** for disobeying a Court Order. Fed. R. Civ. P. 41(b); L.R. 41(b) (authorizing dismissal for neglect of any Court order); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709

F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMMENDED** this  11th  day of May, 2011.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA